**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01888-NRN

MAHMOUD HOMAYOUN SHAFIEI,

     Applicant,

v.

JUAN BALTAZAR, Warden,
TODD LYONS, Director of ICE, and
MARKWAYNE MULLIN, US DHS,

     Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE N. REID NEUREITER

     This case has been directly assigned to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4),

     IT IS ORDERED that the parties shall complete and file the Consent/Non-Consent Form (ECF No. 11), copies of which have been issued to the parties, indicating either the unanimous consent of the parties or that consent has been declined, on or before 30 days of the date of this minute order.

Dated: May 21, 2026

---