**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01888-NRN

MAHMOUD HOMAYOUN SHAFIEI,

     Petitioner,

v.

JUAN BALTAZAR, Warden,
TODD LYONS, Director of ICE, and
MARKWAYNE MULLIN, US DHS,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE N. REID NEUREITER

     Pursuant to the Minute Order entered on May 21, 2026, Respondents were directed to complete and file the Consent/Non-Consent Form (ECF No. 11) within 30 days. On May 29, 2026, Petitioner consented to this Court's jurisdiction (ECF No. 16). However, Respondents have not yet indicated whether or not they consent. Accordingly, Respondents are directed to complete and file the Consent/Non-Consent Form on or before June 26, 2026.

Dated:  June 25, 2026