IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01888-NRN

MAHMOUD HOMAYOUN SHAFIEI,

      Petitioner,

v.

JUAN BALTAZAR, Warden of Denver Contract Detention Facility;
TODD LYONS, Acting Director of ICE; and
MARKWAYNE MULLIN, Secretary, Department of Homeland Security,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket No.'s 24 and 28] of Magistrate Judge N. Reid Neureiter entered on July 1, 2026 and July 8, 2026, it is

ORDERED that the Petition for a Writ of Habeas Corpus [Docket No. 1] is GRANTED.  It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. *See Daley v. Ceja*, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 412(a)(1). It is further

ORDERED that the case is closed.

Dated at Denver, Colorado this 8th day of July 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ Román Villa
      Deputy Clerk